AO 467 (Rev. 01/09; CAND version 03/19) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

**FILED**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUN 13 2024

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

| | |
|---|---|
| United States of America<br><br>v.<br><br>KIARA SINAII VALDIVIA,<br><br>Defendants. | Case No. 24-mj-70895-MAG-1 (KAW)<br><br>Charging District:<br><br>Eastern District of California<br><br>Charging District's Case No.:<br><br>1:23-cr-00128-JLT-SKO |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. The time and place to appear in that court are as follows:

| Place: 2500 Tulare Street, Courtroom 8, 6th floor, Fresno, CA 93721 | Courtroom No.: 8 |
|---|---|
| | Date and Time: July 10, 2024, at 2:00PM |

If the date or time to appear in that court has not yet been set, the defendant must appear when notified to do so.

The clerk is ordered to transfer any bail deposited and interest earned thereon in the registry of this court, plus earned interest, to the clerk of the court where the charges are pending.

Dated: June 13, 2024

_Kandis Westmore_
Kandis A. Westmore
United States Magistrate Judge